# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHAYN STEPHENS, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.: 1:17-cv-01087-TJK** |
| | ) | |
| **FARMERS RESTAURANT GROUP,** | ) | |
| **DAN SIMONS and MICHAEL** | ) | |
| **VUCUREVICH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into by and among Class and/or Collective Action Representative Plaintiffs Shayn Stephens, Vanessa Calvillo, Sylvia Krohn, Shannon Storey, Anita Clark, Jeanine Willig, and Desmond Pitt ("Class Representatives") on behalf of themselves and Fair Labor Standards Act ("FLSA") Opt-In Plaintiffs as defined in Paragraph 1.1, and all Rule 23 State Law Class Members as defined in Paragraph 1.2 (collectively "Plaintiffs"), and Defendants Farmers Restaurant Group, LLC, Dan Simons, and Michael Vucurevich (collectively "Defendants" or "FRG"), and is based on the following:

1.      **RECITALS**

1.1.      The FLSA Opt-in Plaintiffs, who are listed in Exhibit 1 to this agreement, are 119 current and former Servers who worked at Defendants' restaurants in Maryland ("FFMoCo"), the District of Columbia ("FFDC," "F&D," "FFB") and/or Virginia ("FFTysons") during all or some part of the time period from June 7, 2014 through July 20, 2018, and who opted-in to the case on or before April 28, 2018.

1

1.2.    The Rule 23 State Law Class Members ("Rule 23 Class Members") are 862 current and former Severs of Defendants who worked at any of the Defendants' restaurants listed in Paragraph 1.1 in Maryland and/or D.C. during all or some part of the time period from June 7, 2014 through July 20, 2018, and who did not opt out of this action. No Server hired after June 19, 2018 is included in the Class.  All 119 Opt-in Plaintiffs who worked as Servers in Maryland and/or D.C. are also part of the Rule 23 Class. However, their payment under this Agreement will come solely from the funds allocated to the FLSA Opt-in claims as described in Paragraph 10.6 below.

1.3.    On June 20, 2017, the Second Amended Complaint ("Complaint") was filed by the Class Representatives on behalf of themselves and all others similarly situated alleging that the Defendants violated the FLSA, 29 U.S.C. § 201 *et seq.* by failing to pay minimum wage and overtime pay for all hours worked. Defendants deny these allegations. The Complaint also alleged that the Defendants violated the District of Columbia Minimum Wage Act ("DCMWA"), the Maryland Wage and Hour Law ("MWHL"), Maryland Wage Payment Collection Act (MWPCA"), and the D.C.  Leave Act. Defendants deny these allegations.

1.4.    Specifically, Plaintiffs allege that Defendants failed to pay minimum wage when: they required Plaintiffs to buy uniforms and "tools of the trade;" they required Plaintiffs to contribute to a tip pool that Plaintiffs allege was an invalid tip pool; they did not pay minimum wage for time spent performing side work; and they did not pay Servers in D.C. and Maryland the minimum wage and/or overtime pay for pre-shift meetings. Plaintiffs who worked in D.C. also allege that Defendants denied paid sick leave to Servers working in FRG restaurants in the District of Columbia in contravention of D.C. law. Defendants deny all of these allegations.

1.5     On January 31, 2018, the Court certified Plaintiffs' collective action claims, ordered that Notice be issued to putative class members, and established three subclasses. The Court defined the Plaintiffs' collective action class as "[a]ll present and former Servers who have worked at any of Defendants' restaurants in D.C., Maryland, and/or Virginia for any time since June 7, 2014."

1.6     Notice was mailed and emailed to the putative class. The Notice provided putative Plaintiffs the opportunity to opt-in to the FLSA class by submitting a consent form postmarked by no later than April 28, 2018. In total, 119 individuals, inclusive of the Named Plaintiffs, opted-into the FLSA action.

1.7     FLSA Opt-In Plaintiffs who filed consent forms with the Court designated the Class Representatives as agents for the sub classes and authorized them "to make decisions on [their] behalf concerning all aspects of the lawsuit."

1.8     On March 9, 2018, plaintiffs filed a motion requesting the Court to certify a Maryland Class and a D.C. Class of Servers under FRCP Rule 23.  Specifically, plaintiffs moved for Rule 23 class certification of their overtime pay, minimum wage, and D.C. Sick Leave Act claims pursuant to the DCMWA and the D.C. Sick Leave Act, and for Rule 23 certification of their overtime pay and minimum wage claims pursuant to the MWHL and the MWPCL. (ECF Dkt. 36).  Plaintiffs' motion for Rule 23 class action certification was fully briefed on April 13, 2018, and was pending before the Court, as was Defendants' motion for judgment on the pleadings,  when the parties submitted a joint motion for referral to the District Court Mediation Program and to stay the case. (ECF Dkt. 54).

1.9     On May 21, 2018, the Court referred the matter to mediation and stayed the case

until July 20, 2018. The parties met with the Court-appointed mediator by telephone on May 31, 2018, and in person on June 11, 2018 and July 20, 2018.

1.10    Class Counsel, Molly Elkin, represents that Woodley & McGillivary lawyers conducted a thorough investigation into the facts of this case, and have diligently pursued an investigation of the Plaintiffs' claims against defendants, including: (i) interviewing the Class Representatives and analyzing the results of those interviews; (ii) reviewing and analyzing relevant documents including several thousand pages of materials produced by Defendants; (iii) researching the applicable law and the potential defenses; (iv) moving for and obtaining collective action certification pursuant to §216(b) of the FLSA and pursuant to the DCMWA; (v) moving for Rule 23 certification; (vi) responding to Defendants' motion for judgment on the pleadings; (vii) performing damages calculations using the extensive pay data and time worked data provided by Defendants; and (viii) participating in mediation.

1.11    The parties and their counsel believe that the interests of all concerned are best served by compromise, settlement, and dismissal of the claims with prejudice and have concluded that the terms of this Agreement are fair, reasonable, adequate, and in the parties' mutual best interests.

1.12    The parties engaged in discovery, exchanged information necessary for meaningful negotiations, engaged in good faith settlement negotiations over an extended time period, and reached an arms' length agreement with the assistance of a third-party neutral facilitator.

## 2.    COMPROMISE ACKNOWLEDGEMENT

2.1.    Plaintiffs agree that this Agreement is entered into solely on the basis of a compromise of disputed claims, and this Agreement is not, and is not to be construed as, an admission by Defendants of any liability whatsoever. Nor is it, and nor will it be construed as, an

admission of any act or fact whatsoever, including any violation of federal, state, local, or common law, statute, ordinance, directive, or regulation.

2.2.    The parties have conducted discovery and investigation of the facts and law during this litigation, including the exchange of documents and interrogatories The parties have also analyzed the applicable law, the Court's rulings, and the damages claimed by Plaintiffs based on the Defendants' time worked and payroll data. Relying on their fact investigations, analyses, and the Court's prior rulings, the parties then engaged in arm's length settlement negotiations.

2.3.    Plaintiffs believe the claims asserted in the action have merit. However, Plaintiffs recognize the expense and length of continued litigation through trial and possible appeals. Plaintiffs have also taken into account the uncertain outcome and the risk of any litigation, including the risk that their Rule 23 class claims would not be certified, as well as the delays inherent in such litigation and the likelihood of protracted appellate review. Plaintiffs believe that the settlement reached confers substantial benefits to the Plaintiffs and that the settlement is fair, reasonable, adequate, in accordance with the law, and in the best interests of Plaintiffs. Defendants believe the claims asserted by Plaintiffs are without merit. Defendants deny all claims and all allegations. Defendants have vigorously contested the claims, but they believe that further litigation would likely be protracted, expensive, and contrary to their best interests. Substantial amounts of time, energy, and other resources have been and, absent settlement, will continue to be committed to Defendants' defenses against the claims asserted in this litigation. In light of these realities, Defendants believe that settlement is the best way to resolve the disputes among the parties while minimizing their own further expenditures.

2.4.    The settlement will not be considered a concession or admission by Defendants of any violation of federal, state, local, or common law, statute, ordinance, directive, or regulation, or any obligation or duty at law or in equity, and it will not be used or referred to in any proceeding other than to interpret or enforce this Agreement. Defendants' agreement to resolve the claims of all FLSA Opt-In and Rule 23 Plaintiffs will not be considered an admission or concession that collective or class action treatment would have been appropriate in this action for any purpose other than settlement, or that collective or class action treatment would be appropriate in any other action.   Defendants agree that Rule 23 class action certification is appropriate for settlement purposes only.

2.5.    Class Counsel, after consultation with the Class Representatives, have independently determined that settlement and dismissal of the claims asserted in this litigation are proper under the circumstances of this action and the terms of this Agreement.

2.6.    The parties will seek judicial approval of their compromise and the resolution of the dispute between Defendants and Plaintiffs pursuant to Sections 4 and 8 of this Agreement.

2.7.    The effective date of this Agreement (the "Effective Date") will be the day the Court enters a Final Order Granting the Motion For Final Approval Of Settlement Agreement and Agreed Order of Dismissal.

2.8.    In the event the Court does not approve this Agreement, it will not have any effect, and the parties will revert to their respective positions as of July 19, 2018, which is the date immediately prior to the date that the parties conducted mediation resulting in the parties' agreement to resolve this lawsuit.

**3.    APPOINTMENT OF SETTLEMENT ADMINISTRATOR**

3.1.    The parties agree that, subject to the approval of the Court, Plaintiffs will retain the firm of Rust Consulting to act as the independent Settlement Administrator, to provide notice of settlement to Plaintiffs, distribute and process claims forms for Rule 23 Class Members, manage the Qualified Settlement Fund ("QSF"), and distribute settlement checks. Defendants will be consulted by Plaintiffs and/or the Settlement Administrator with respect to any issues that arise with regard to settlement administration, and the parties agree to work together in good faith to resolve such issues. The Settlement Administrator will be paid out of the Gross Settlement Amount described in Paragraph 9.3. The Settlement Administration Fees will not exceed $35,000.00

3.2.    Within 5 business days of the  the execution of this Agreement, Plaintiffs will provide the Settlement Administrator and Defendants' counsel with the list of FLSA Opt-In Plaintiffs and the list of Rule 23 Class Members, and, in addition, shall provide the Settlement Administrator and Defendants' counsel with each Plaintiff's: (i) name; (ii) best known mailing address; (iii) start and end dates of each Plaintiffs' recovery period; (iv) number of weeks (i.e., points) that each Plaintiff has in the recovery period; (v) the approximate dollar value of a point; and (vi) the state(s) of employment used for purposes of calculating allocation of backpay and liquidated damages. Within 5 business days of the execution of this agreement, the Defendants will provide the Settlement Administrator with the Social Security Number for all FLSA Opt-In Plaintiffs and Rule 23 Class Members.

## 4.    PRELIMINARY COURT APPROVAL OF SETTLEMENT

4.1    Plaintiffs, on behalf of the parties, will submit this Agreement to the Court with an appropriate motion for Certification of a Class Action for Settlement Purposes, Approval of

Notices to the Classes, and Preliminary Approval of the Settlement Agreement. Plaintiffs will file this motion by no later than August 21, 2018. In the Motion, the parties will respectfully request that the Court enter an order: (1) preliminarily approving the settlement reached by the parties in this action as embodied in this Settlement Agreement; (2) approving the Notice to FLSA Opt-Ins of Proposed Settlement of Collective and Class Action Lawsuit and Fairness Hearing; (3) approving the Notice and Claim Form to Rule 23 Class of Proposed Settlement of Class Action Lawsuit and Fairness hearing; (4) appointing Rust Consulting as the Settlement Administrator; (5) preliminarily certifying the Rule 23 Classes for purposes of settlement only; (6) approving Shayn Stephens and Vanessa Calvillo as the Class Representatives for the D.C. Class Claims; (7) approving Vanessa Calvillo as the Class Representative of the Maryland Class Claims; (8) approving Molly Elkin as Class Counsel; and (9) instructing the parties to appear before this Court for Final Approval and Fairness Hearing on a date approximately ninety (90) days from the date of the Preliminary Approval Order.

4.2     If the Court denies the Preliminary Approval Motion, unless the parties jointly agree to seek reconsideration of the ruling or to seek Court approval of a renegotiated settlement, the litigation will resume as if no settlement had been attempted.

## 5.     DISTRIBUTION OF APPROVED PROPOSED CLASS SETTLEMENT NOTICES

5.1     Within 5 business days of approval by the Court, the Settlement Administrator will mail the Proposed Class Settlement Notices. One Notice and a Claim form will be mailed to the Rule 23 Class Members who do not have an FLSA claim (listed in Exhibit 2), and the other Notice (no claim form) will be mailed to the 119 Plaintiffs (listed in Exhibit 1) who also opted into the FLSA collective action. Before mailing the Proposed Class Settlement Notices, the Settlement Administrator will obtain the best known mailing addresses for all Plaintiffs from the

parties, and shall also run the list through the National Change of Address ("NCOA") database of the United States Post Office.

5.2     The Settlement Administrator will conduct an address trace on all Plaintiffs whose notice is returned undeliverable. The Settlement Administrator will resend the Notices to all updated addresses obtained through the trace.

5.3     In accordance with Section 12 below, Rule 23 Class Members will have 45 days from the date that the Administrator mails the Notice and Claim Form to file a claim by completing, signing, and dating the Claim form and returning it to the Claims Administrator so that it is postmarked by the deadline.  The Claim filing period will increase by 15 days for any Rule 23 Class Members whose Notices are re-issued as a result of the Administrator obtaining an updated address through the trace referenced in Paragraph 5.2.

## 6.     RULE 23 CLASS MEMBER OPT-OUTS

6.1     If a Rule 23 Class Member intends to opt-out, he or she must mail a written, signed statement to the Settlement Administrator stating, "I opt out of the D.C. and Maryland wage and hour Rule 23 case and settlement" and include his/her name, address, telephone number(s), social security number, and reference number ("Opt-out Statement"). To be effective, the Opt-out Statement must be mailed to the Settlement Administrator via First Class United States Mail, postage prepaid and postmarked by the Opt-out Deadline specified in the court-approved Notice to Rule 23 Class.

6.2     The end of the time period to opt-out of the settlement ("Opt-out Period") shall be forty-five (45) days after the day on which the Settlement Administrator mails the Notices to Rule 23 Class Members. The Opt-out Period will increase by 15 days for any Rule 23 Class Members whose Notices are re-issued as a result of the Administrator obtaining an updated

9

address through the trace referenced in Paragraph 5.2. The Settlement Administrator shall retain copies of any Opt-Out notices and provide them to the Class Counsel within three (3) days of receipt.

6.3     Class Counsel will, within five (5) days after the day on which the Settlement Administrator mails the Proposed Class Settlement Notices, notify Defendants' Counsel of the precise date of the end of the Opt-out Period.

6.4      Class Counsel shall serve copies of each Opt-out Statement on Defendants' Counsel not later than three (3) days after receipt thereof. Class Counsel will also, within seven (7) days after the end of the Opt-out Period, file with the Court via ECF copies of any Opt-out Statements.

6.5     Any Rule 23 Class Member who does not properly submit an Opt-out Statement pursuant to this Agreement will be deemed to have accepted the settlement and the terms of this Agreement and, upon submission of the Claim Form described in Section 12, will be issued a Settlement Check.

## 7.    OBJECTIONS TO SETTLEMENT

7.1     Plaintiffs who wish to present objections to the proposed settlement at the Fairness Hearing must first do so in writing. To be considered, such statement must be mailed to the Settlement Administrator via First Class United States Mail, postage prepaid and postmarked by the Opt-Out/Objection Deadline specified in the Court-approved Notices of Proposed Settlement. The statement must include all reasons for the objection and any reasons not included in the statement will not be considered. The statement must also include the name, address, telephone numbers, and social security number for the Plaintiff making the objection. The Settlement Administrator will provide Class Counsel with copies of each objection by email

within one day of receipt. Class Counsel will send copies of each objection to Defendants'
Counsel by email no later than three (3) days after receipt thereof. Class Counsel will also file
the originals of any and all objections with the Court within three (3) days after the end of the
Opt-out/Objection Deadline.

7.2     An individual who files objections to the settlement ("Objector") also has the
right to appear at the Fairness Hearing either in person or through counsel hired by the Objector.
An Objector who wishes to appear at the Fairness Hearing must state his or her intention to do so
in writing with his or her written objections at the time he or she submits his or her written
objections. An Objector may withdraw his or her objections at any time. No Plaintiff may
present an objection at the Fairness Hearing based on a reason not stated in his or her written
objections. A Class Member who has submitted an Opt-out Statement may not submit objections
to the Settlement.

7.3     The parties may file with the Court written responses to any filed objections no
later than three (3) days before the Fairness Hearing.

## 8.     FINAL APPROVAL AND FAIRNESS HEARING

8.1     No later than fourteen (14) days prior to the Fairness Hearing, Plaintiffs will
submit to the Court a memorandum of law and any necessary declarations, objections or opt-out
information in support of an Unopposed Motion for Final Approval and Stipulation of Dismissal
("Final Approval Motion").

8.2     In the Final Approval Motion, Plaintiffs, on behalf of the parties, will request that
the Court, among other things: (1) approve the Agreement as fair, reasonable, adequate, and
binding on all FLSA Opt-In Plaintiffs and Class Members who have not timely opted out of the
settlement; (2) approve the procedure for Defendants to pay the Gross Settlement Amount into

the Qualified Settlement Fund as described in Paragraph 9.3 and 9.4; (3) Order Administration of the Qualified Settlement Fund as Described in Sections 9 through 12; (4) Order the dismissal with prejudice of all claims asserted in this litigation by the FLSA Opt-In plaintiffs and order dismissal with prejudice of all released claims of all FLSA Opt-In Plaintiffs, and all Rule 23 Class Members who did not opt-out; (5) Order entry of Stipulation of Dismissal in accordance with this Agreement; (6) approve the attorneys' fees and costs set forth in paragraph 8.3; and, (7) retain jurisdiction over the interpretation and implementation of this Agreement as well as any and all matters arising out of, or related to, the interpretation or implementation of this Agreement.

8.3     Class counsel will seek an award of attorneys' fees of $397,000.00 inclusive of expenses equaling $8,516.00. These fees and expenses shall be paid from the Gross Settlement Amount defined in Paragraph 9.3 and 9.4 below... The Settlement Administration Costs will also come out of the Gross Settlement Amount in an amount not to exceed $35,000.00.Defendants do not oppose Class Counsel's attorneys' fees and expenses as set forth in this paragraph.

8.4     If the Court fails to enter a Final Approval Order or decides to do so only with material modifications to the terms of this Agreement, or if the Final Approval Order is reversed or vacated by an appellate court, then this Agreement is null and void and the parties will resume the litigation unless the parties jointly agree to: (1) seek reconsideration; or (2) attempt to renegotiate the settlement and seek Court approval of the renegotiated settlement.  If the parties are ultimately unsuccessful in obtaining Court Approval following these attempts, they will revert to their respective positions as of July 19, 2018 and resume the litigation. Notwithstanding the foregoing, if the Court approves the Gross Settlement Amount but determines there should be a reallocation of the funds, and/or a reduction of the amount paid to Class Counsel, and/or a

reduction of the amount of service payments, the Agreement as so modified and approved by the Court shall remain fully binding on the parties.

## 9.     QUALIFIED SETTLEMENT FUND

9.1     A Qualified Settlement Fund to be designated the *Shayn Stephens* Qualified Settlement Fund ("QSF") will be established and maintained. The Settlement Administrator will serve as the administrator of the QSF in accordance with the terms of this Settlement Agreement. The monies to establish, maintain, and fund the QSF will come exclusively from the Gross Settlement Amount provided for in Paragraph 9.3 and 9.4.

9.2     The Settlement Administrator will apply for the employer identification number required for the QSF, and will provide that number to Defendants within two weeks after receiving it. The Settlement Administrator will comply with all applicable tax filings, withholdings, payments, and reporting requirements of the QSF, including those required by the Internal Revenue Code ("Code") and applicable regulations thereunder. The Settlement Administrator will timely inform Defendants of any federal or state tax payment due or filing obligations associated with or arising out of payments made by the QSF.  Although the Settlement Administrator shall be the one to make such payments as specified in paragraphs 14.2 and 14.3, any employer tax liability will be in excess of the Gross Settlement Amount.

9.3     Within 120 days after the Effective Date, Defendants will deposit a portion the Gross Settlement Amount of up to $1,490,000.00 into the QSF. Specifically, within 120 days of the Effective date, Defendants shall deposit up to $767,215.00 into the QSF which comprises:

        a)       The FLSA Opt-in Settlement Amount of $498,715.00

        b)       The Settlement Administration Costs as determined by Rust in an amount up to $35,000.00.

      c)      One-half of the Attorneys' Fees and Expenses which equals $198,500.00

      d)      Service Awards equal to $35,000.00 to be distributed in accordance with Paragraph 10.5 for each Named Plaintiff who executes this Agreement.

9.4      In accordance with Paragraph 12.4, within 10 business days after the Claims Period closes, the Settlement Administrator shall inform Defendants and Class Counsel the amount claimed from the $524,285.00 allocated to the Rule 23 Class Members. Defendants will deposit the amount claimed, not to exceed $524,285.00, and the remaining portion of Class Counsels' Attorneys' Fees and Expenses of $198,500.00 into the QSF within 180 days of the Effective Date. Any monies not claimed of the $524,825.00 allocated to the Rule 23 Class Members shall revert to Defendants and shall not be deposited into the QSF.

9.5      As transferor of the funds to be deposited in the QSF, Defendants will prepare and file the information statements concerning their payments to the QSF as required to be provided to the IRS pursuant to the regulations under Code § 468B. Defendants will be responsible for paying their share of employer payroll taxes on all settlement monies allocated as back pay. The employer payroll taxes will not come out of the Gross Settlement Amount deposited in the QSF.

9.6      The Settlement Administrator appointed by the Court shall have full responsibility for all distributions from the QSF. As long as the QSF is in effect, the Settlement Administrator will maintain and keep open a toll-free number for the purpose of answering class questions related to this settlement. If any Plaintiffs, other than the Class Representatives, call Class Counsel with questions related to the settlement, Class Counsel will direct them to the toll free number. . Defendants, Defendants' Counsel, Plaintiffs, and Class Counsel, shall not have any obligation or liability regarding distributions from the QSF to any Plaintiff. Any person who does not receive a settlement check will have no recourse against Defendants, Defendants'

Counsel, Plaintiffs, and Class Counsel for failure to receive any payment due under this Settlement Agreement.

9.7     The parties shall have the right to inspect the records of the QSF, including but not limited to the W-4 tax forms, any objections to the Settlement Agreement, imaged copies of the front and back of endorsed checks, and any correspondence between the Settlement Administrator and Plaintiffs relating to disputes over payments.

9.8     The QSF will terminate 30 days after the last obligation specified under this Agreement has been fulfilled.

**10.     DISTRIBUTION OF GROSS SETTLEMENT AMOUNT**

10.1     The parties agree that the Gross Settlement Amount will be distributed as follows.

10.2     Class counsel will be reimbursed for the actual expenses of litigation in the amount of $8,516.00.

10.3     The Settlement Administrator will be paid an amount not to exceed $35,000.00.

10.4     Class Counsel will receive an award of attorneys' fees of $388,484.00 and expense in the amount of $8,516.00  in accordance with the Court's Final Approval Order. As described in Paragraphs 9.3 and 9.4, the Defendants shall deposit into the QSF one-half of the attorneys' fees and expenses in the amount of $198,500.00 within 120 days of the Effective Date of the Settlement, and shall deposit the remaining $198,500.00 into the QSF within 180 days of the Effective Date.  The Settlement Administrator shall pay Class Counsel these sums within 3 business days of the funds being deposited by Defendants.

10.5     Plaintiffs will allocate $35,000.00 of the Gross Settlement Amount as Service Awards, with $5,000.00 being paid to each of the seven Class Representatives (i.e., Shayn Stephens, Vanessa Calvillo, Sylvia Krohn, Shannon Storey, Anita Clark, Jeanine Willig, and

Desmond Pitt provided each executes this Agreement).  As described in Paragraph 9.3, the

$35,000.00 in Service Awards shall be deposited into the QSF by Defendants within 120 days of

the Effective date of the Settlement Agreement.  The Settlement Administrator shall pay these

Awards within 7 business days from the date that Defendants fund the QSF. Any amounts

allocated as Service Awards but not approved by the Court shall be added to the FLSA Opt-in

Settlement Amount described in Paragraph 9.3(a).

10.6     After the amounts described in Paragraphs 10.2, 10.3, 10.4 and 10.5 are deducted

from the $1,490,000 amount, the remaining funds (the "Net Settlement Fund") will be allocated

among the FLSA Opt-In Plaintiffs (who do not need to file a claim), and the Rule 23 Class

Members who file timely claims in the manner described in this Agreement or will revert to

Defendants in the manner described in this Agreement. Taking into consideration risks of not

obtaining certification of the Rule 23 class claims, and, conversely, the Court's order certifying

the FLSA collective action based on the declarations of the Named Plaintiffs supporting

certification of those claims, litigation risk at trial and on appeal, the contested nature of

Plaintiffs' tip pool, uniform, tools of the trade, sick leave, side work, and pre shift claims,

Defendants' pending motion to dismiss some of these claims, and the uncertainty regarding the

method by which damages would be calculated, $498,715.00 of the Net Settlement Fund will be

allocated to the 119 FLSA Opt-In Plaintiffs listed in Exhibit 1.  This amount shall be deposited

by Defendants into the QSF within 120 days of the Effective Date of the Settlement. In addition,

up to $524,285 of the Net Settlement Fund may be allocated to the Rule 23 Class Members. The

Rule 23 settlement monies shall be deposited by Defendants into the QSF within 180 days of the

Effective Date of the Settlement.

10.7     FLSA Opt-in Plaintiffs' FLSA awards will be distributed based on each Plaintiff's

total number of weeks that he/she occupied a Server position during the applicable recovery period. For Servers employed at Founding Farmers Tysons, the eligibility period starts three years prior to the date that the Server's claim was filed in Court.  For Servers employed in Maryland or D.C., the earliest date of the recovery period is June 7, 2014.  The last possible date of the recovery period for the FLSA claim and Rule 23 Class claims is July 20, 2018, which is the date that the parties signed a term sheet resolving this lawsuit.  The minimum payment to FLSA Opt-In Plaintiffs shall be $100. For those Servers who worked in Defendants' restaurants in D.C., 1/4 of the settlement monies will be allocated to backpay; for Servers who worked only in the Maryland restaurant, 1/3 of the settlement monies will be allocated as backpay; and for Servers who worked only at Founding Farmers Tysons, ½ of the settlement monies will allocated as backpay. The settlement monies allocated as backpay will be reported to the IRS for tax purposes on a W-2 form, while the remaining monies (3/4 of the monies for D.C. Servers, 2/3s of the monies for Maryland Servers, and 1/2 of the monies for Virginia Servers will be designated as liquidated damages and reported to the IRS for tax purposes on a 1099-MISC form.

10.8    The Rule 23 Class Members' awards will be distributed based on each Class Member's total number of weeks that he/she was employed as a Server in one of Defendants' D.C. or Maryland restaurants during the recovery period from June 7, 2014 through July 20, 2018. The minimum payment to Rule 23 Class members shall be $50.00.  For those Rule 23 Class Members who worked in Defendants' restaurants in D.C. and who timely complete a Claim Form, ¼ of the settlement monies will be allocated to backpay.  For those Rule 23 Class Members who worked only at Founding Farmers MoCo, and who timely complete a Claim Form, 1/3 of the settlement monies will be allocated as backpay. The settlement monies allocated as backpay will be reported to the IRS for tax purposes on a W-2 form, while the remaining

monies (3/4 of the monies for D.C. Class Members and 2/3 of the monies for Maryland Class Members) will be designated as liquidated damages and reported to the IRS for tax purposes on a 1099-MISC form.

## 11.   DISTRIBUTION OF FLSA SETTLEMENT CHECKS TO FLSA OPT-IN PLAINTIFFS

11.1    Within ten (10) business days after the Effective Date, the Settlement Administrator will provide Defendants with the amount of employer payroll taxes owed on the backpay portion of the FLSA claim. Defendants will transfer the employer's share of the payroll taxes on the FLSA backpay claim to the QSF when it funds the FLSA Opt-In portion of the QSF in accordance with paragraph 10.6.

11.2    Within seven (7) business days after the Defendants fund the QSF, the Settlement Administrator will distribute settlement checks to the FLSA Opt-In Plaintiffs representing: (1) the back pay due as described in Paragraphs 9.3 and  10.7 less all applicable withholding taxes and deductions; and (2) the amount of liquidated damages due under the Agreement. The settlement checks will state that they are good for 105 days In addition, the Settlement Administrator will issue an IRS Form 1099 for each FLSA Opt-In Plaintiff showing the amount of liquidated damages paid, and the amount of the Service Award paid, if any, and an IRS Form W-2 showing the amount of back pay in the year it was paid.

11.3    In the event that any funds from the FLSA Net Settlement Fund are not cashed by the FLSA Opt-In Plaintiffs within the 105 day period, such funds will be reallocated to a *cy pres* charity of Defendants' choice and approved by the Court. Defendants will provide Class Counsel with the name of the charity by no later than 14 business days prior to the Final Fairness Hearing referenced in Section 8.

**12.**     **DISTRIBUTION OF CLAIMS FORMS AND SETTLEMENT CHECKS
TO RULE 23 CLASS MEMBERS**

12.1     Within five (5) days after the Preliminary Approval of the Settlement, the

Settlement Administrator will distribute to the Rule 23 Class Members (along with the approved

Notice) a Claim Form notifying the Rule 23 Class Member that he or she must complete and

return the Claim Form within 45 days to receive his or her share of the Rule 23 state law claim

settlement monies. The Claim filing period will increase by 15 days for any Rule 23 Class

Members whose Notices are re-issued as a result of the Administrator obtaining an updated

address through the trace referenced in Paragraph 5.2.

12.2     Only those Rule 23 Class Members who complete a Claim Form for the Rule 23

state law claim will receive a portion of the settlement monies allocated to that claim as

described in Paragraph 9.4.

12.3     Any unclaimed monies allocated to the Rule 23 Class Members will revert to the

Defendants.

12.4     Within 10 business days after the date that the Rule 23 Claims Period closes, the

Settlement Administrator will provide Defendants and Class Counsel with the total amount of

the Rule 23 claims made up to $524,825.00 allocated to that claim. At this time, the Settlement

Administrator will also inform Defendants the amount of employer payroll taxes owed on the

backpay portion of the Rule 23 state law claim. Defendants will transfer the employer's share of

the payroll taxes on the backpay portion of the Rule 23 state law claim to the QSF at the same

time that it funds the QSF (i.e., within 6 months of the Effective Date of the Settlement).

12.5     Within 7 business days after the Defendants fund the QSF, the Settlement

Administrator will distribute settlement checks to the Rule 23 Plaintiffs who timely submitted

Claim Forms representing: (1) the back pay due as described in Paragraph 10.8 less all applicable

withholding taxes and deductions; and (2) the amount of liquidated damages due under the

Agreement. The settlement checks will state that they are good for 105 days. In addition, the

Settlement Administrator will issue an IRS Form 1099 for each Rule 23 Plaintiff showing the

amount of liquidated damages paid and an IRS Form W-2 showing the amount of back pay in the

year it was paid.

12.6     In the event that any funds from the Rule 23 Net Settlement Fund are not cashed

within the 105 day period, those amounts will  revert to Defendants.

**13**.    **WAGE GARNISHMENTS**

13.1     Upon reasonable proof submitted to Class Counsel by Defendants, any payment

will be reduced by the amount of any outstanding wage garnishment, child support payment,

lien, or other deduction authorized or required by law. Defendants must provide such reasonable

proof to Class Counsel within 10 business days after the close of the opt-out period.

**14.**    **TAXES**

14.1     It is Plaintiffs' ultimate obligation to each pay their employee's share of

appropriate federal, state, and local income taxes on all payments that lawfully qualify as

income, and the Notice of Proposed Settlement shall state this obligation. The parties also agree

that there must be proper withholding of federal, state, and local income taxes (with the state and

local withholdings based on each Plaintiff's current state of residence), and the employees' share

of FICA and Medicare on all settlement payments representing back wages. The Settlement

Administrator will be responsible for calculating, withholding, and depositing or remitting the

required amounts for federal, state, and local income taxes on all payments representing back

wages, and the employees' share of FICA and Medicare. The Settlement Administrator will be

responsible for preparing and distributing all appropriate tax forms associated with payments

made by the Settlement Administrator, including, as appropriate, Form W-2 and Miscellaneous and/or interest Income Form 1099.

14.2 The Settlement Administrator will be responsible for calculating and paying applicable FUTA, SUTA, and the employer's share of FICA and Medicare on all payments representing back wages, and will remit those payments to the appropriate taxing authorities, and will give Defendants reasonable notice of such payments. The Defendants will be responsible for funding the QSF to pay the employer's share of all payroll taxes as described in paragraphs 11.1 and 12.4 above. The Settlement Administrator will timely inform the parties of its calculations, the amount of withholding, and amounts to be deposited and paid, in advance of any submission to government authorities or distributions to Plaintiffs. The parties will have the opportunity to provide written notice to the Settlement Administrator that they agree with the calculations or to provide corrected calculations. If no such notice or calculations are provided by the parties before the submission to government authorities or distribution to Plaintiffs, the Settlement Administrator may proceed with such submission or distribution on the assumption that its underlying calculations are correct.

14.3 The Settlement Administrator shall provide the parties with a copy of any communications sent to Plaintiffs and a list of all checks sent to Plaintiffs, identifying for each check the amount and payee. The Administrator shall provide the parties with a revised or updated copy of such list within five days of any additional distributions.

**15. RELEASE**

15.1 All FLSA Opt-In Plaintiffs listed in Exhibit 1 to the Settlement Agreement, for themselves and their families, attorneys, heirs, agents, executors, administrators, personal representatives, successors, any future estates, assigns and beneficiaries, and any and all of

them (collectively, the "Releasers"), voluntarily and with the benefit of counsel, fully and forever releases and discharges Defendants, their present and former officers, directors, subsidiaries, affiliates, agents, partners, employees, attorneys, accountants, executors, administrators, personal representatives, heirs, successors and assigns, and any or all of them (collectively, the "Releasees"), in their personal, individual, official and/or corporate capacities, from any and all Federal and state law wage and hour related claims – including but not limited to Fair Labor Standards Act and D.C. Accrued Sick and Safe Leave Act claims– and any other wage and hour related claims of any kind related to the claims asserted in this action, whether known or unknown, whether contingent or non-contingent, specifically asserted or not, which the Releasers, or any of them, may assert anywhere in the world against the Releasees, or any of them, arising through July 20, 2018 for the time period that Plaintiffs worked as Servers in any of Defendants' restaurants in Maryland, D.C., or Virginia.  Other than for the seven Class Representatives, this release does not extend to any claims for workers' compensation, claims brought under Title VII of the Civil Rights Act of 1964, or other statutory or common law claims unrelated to the claims asserted in the *Shayn Stephens* action.

15.2    All Rule 23 Class Members listed in Exhibit 2 to the Settlement who did not opt into the FLSA collective action and who do not opt-out of the state-law class actions and Settlement Agreement, for themselves and their families, attorneys, heirs, agents, executors, administrators, personal representatives, successors, any future estates, assigns and beneficiaries, and any and all of them (collectively, the "Releasers"), voluntarily and with the benefit of counsel, fully and forever releases and discharges Defendants, their

present and former officers, directors, subsidiaries, affiliates, agents, partners, employees, attorneys, accountants, executors, administrators, personal representatives, heirs, successors and assigns, and any or all of them (collectively, the "Releasees"), in their personal, individual, official and/or corporate capacities, from any and all Maryland and D.C. state-law and federal law wage-and-hour-related claims, including but not limited to Fair Labor Standards Act claims, whether known or unknown, whether contingent or non-contingent, specifically asserted or not, which the Releasers, or any of them, may assert anywhere in the world against the Releasees, or any of them, arising through July 20, 2018 for the time period that Plaintiffs worked as Servers in Defendants' D.C. and/or Maryland restaurants. This release does not extend to any claims for workers' compensation, claims brought under Title VII of the Civil Rights Act of 1964, or other statutory or common law claims unrelated to the claims asserted in the *Shayn Stephens* action.

15.3    When finally approved by the Court, this Settlement Agreement will fully effectuate the release provisions of Paragraphs 15.1 and 15.2 to which each Plaintiff is bound, even if each such Plaintiff does not endorse or negotiate a settlement check.

15.4    Plaintiffs will be deemed to have waived, released, discharged, and dismissed all released claims as set forth in Paragraphs 15.1 and 15.2 above, with full knowledge of all rights they may have, and each hereby assumes the risk of any mistake in fact in connection with the true facts involved or with regard to any facts which are now unknown to them.

## 16.    DISMISSAL OF ACTION

16.1    Plaintiffs agree to dismissal of the *Shayn Stephens* action with prejudice upon satisfaction of the conditions and timeline specified herein that result in the Court's entry of the Order Granting Joint Motion for Final Approval of Settlement.

17.     **RESOLUTION OF FUTURE DISPUTES**

17.1     Plaintiffs confirm that as of the date of this agreement, other than this action, there is no other wage-and-hour action, cause of action, claim, or complaint currently pending against Defendants or other Releasees for compensation for the times covered by the Court's Certification Order when FLSA Opt-in Plaintiffs and Rule 23 Class Members worked for Defendants. The Agreement is intended to resolve all claims set forth in Paragraph 1.3 above through July 20, 2018, provided this Agreement is approved by the Court.

17.2     The United States District Court for the District of Columbia will have continuing jurisdiction to interpret and enforce this Agreement and to hear and adjudicate any dispute or litigation arising from the Agreement except as otherwise provided herein.

18.     **DOCUMENTS**

18.1     Counsel for the parties will, within 30 days after the termination of the QSF, destroy or return to counsel for the producing party all documents and information produced by the other party or parties during the course of the litigation that was subject to the Protective Order entered in this action on May 14, 2018 (Docket No.53). Upon request, counsel shall certify in writing and under oath that all such originals have been returned, all copies have been destroyed, and that no copies have been retained in any form. This obligation supersedes any obligation, right, or timing otherwise provided for in the Protective Order or by Local Rule. This paragraph does not apply to publicly filed material or attorney work product.

19.     **PARTIES' AUTHORITY**

19.1     The signatories hereby represent that they are fully authorized to enter into this Agreement.  In particular, Class Counsel represents that the Class Representatives have authorized them to enter this Agreement on behalf of the Class Representatives, FLSA Opt-in Plaintiffs and Rule 23 Class

Members and to bind all of them to the terms and conditions hereof.  Defendants' Counsel represents that

Defendants have authorized them to enter this Agreement on behalf of Defendants.

19.2     The parties acknowledge that throughout the settlement negotiations that resulted

in this Agreement they have been represented by counsel who are experienced in collective

action litigation under the FLSA and class action litigation under Fed. R. Civ. P. 23 and that this

Agreement is made with the consent and advice of counsel who have prepared the Agreement.

## 20.     MUTUAL FULL COOPERATION

20.1     The parties agree to cooperate fully to implement this Agreement, including but

not limited to, executing such documents and taking such other action as is reasonably necessary

to implement and effectuate the terms of this Agreement.

## 21.     ENFORCEMENT ACTIONS

If any party institutes any legal action, arbitration, or other proceeding against any other

party to enforce the provisions of this Agreement, the successful party will be entitled to

recover from the unsuccessful party reasonable attorney's fees and costs.

## 22.     MEDIA AND PRESS RELEASE

**22.1**     Counsel for the parties may respond to any press or media inquiries concerning

the settlement to state only that the matter was fairly resolved to the mutual satisfaction of the

parties and to make statements that are consistent with the joint statement attached as Exhibit 3.

Neither Class Counsel, nor Defendants' counsel will make willfully disparaging statements about

the opposite parties.

## 23.     MODIFICATION

23.1     This Agreement and its attachments may not be changed, altered, or modified, except in writing and signed by the parties hereto, and approved by the Court.

## 24.     ENTIRE AGREEMENT

24.1     This Agreement and its Exhibits constitute the entire agreement between the parties concerning the subject matter hereof.  No extrinsic oral or written representation or terms will modify, vary, or contradict the terms of this Agreement.

## 25.     CHOICE OF LAW/JURISDICTION

25.1     This Agreement will be subject to, governed by, construed, enforced, and administered in accordance with the laws of the District of Columbia, both in its procedural and substantive aspects, and the continuing jurisdiction of the United States District Court for the District of Columbia. This Agreement will be construed as a whole according to its fair meaning and intent and not in favor of any party, regardless of who drafted or was principally responsible for drafting the Agreement or any specific term or condition thereof.

## 26.     COUNTERPARTS

26.1     This Agreement may be executed in counterparts, and when counsel for  the Class and counsel for Defendants have executed at least one counterpart, each counterpart will be deemed an original, and when taken together, will constitute one Agreement, which will be binding upon and effective as to all parties including FLSA Opt-in Plaintiffs and Rule 23 Class Members who do not opt-out.

## 27.     VOIDING THE AGREEMENT

27.1     In  the event this Agreement, or any amended version agreed upon by the parties, is not approved by the Court, the Agreement will be null and void in its entirety and the parties

will revert to their respective positions prior to the Agreement, unless expressly agreed in writing

by all parties.

/s/     Meredith S. Campbell
Meredith S. Campbell (DC Bar No.478529)
Joy C. Einstein (DC Bar No. 995251)
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 945-9250
Facsimile:  (301) 230-2891
mcampbell@shulmanrogers.com
jeinstein@shulmanrogers.com

*Counsel for Defendants.*

/s/     Molly A. Elkin
Gregory McGillivary
Molly Elkin
T. Reid Coploff
Sarah M. Block
Hillary LeBeau
Woodley & McGillivary LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Facsimile: (202) 452-1090
gkm@wmlaborlaw.com
mae@wmlaborlaw.com
trc@wmlaborlaw.com
smb@wmlaborlaw.com
hl@wblaborlaw.com
*Counsel for Plaintiffs*

_____     _____
Shayn Stephens                              Date

_____                      8/14/2018 9:04:00 AM PDT
                                                    _____
Vanessa Calvilllo                            Date


_____     _____
Sylvia Krohn                                 Date


_____     _____
Shannon Storey                               Date


_____     _____
Jeanine Willig                               Date


_____     _____
Anita Clark                                  Date


_____     _____
Desmond Pitt                                 Date


*Named Plaintiffs*



_____     _____
Dan Simons                                   Date


_____     _____
Michael Vucurevich                           Date


*Defendants on behalf of themselves and FRG*

_____          _____
Shayn Stephens                             Date


_____          _____
Vanessa Calvilllo                          Date


_____          _____
Sylvia Krohn                               Date


_____          _____
Shannon Storey                             Date


_____          _____
Jeanine Willig                             Date

                                                      8/15/2018 11:08:05 AM PDT
_____          _____
Anita Clark                                Date


_____          _____
Desmond Pitt                               Date


*Named Plaintiffs*


_____          _____
Dan Simons                                 Date


_____          _____
Michael Vucurevich                         Date


*Defendants on behalf of themselves and FRG*

_____          _____
Shayn Stephens                                            Date


_____          _____
Vanessa Calvilllo                                         Date

DocuSigned by:
*Sylvia krohn*                                                          8/14/2018 8:39:59 AM PDT
_____          _____
F09ABE46B31E437...
Sylvia Krohn                                              Date


_____          _____
Shannon Storey                                            Date


_____          _____
Jeanine Willig                                            Date


_____          _____
Anita Clark                                               Date


_____          _____
Desmond Pitt                                              Date


*Named Plaintiffs*


_____          _____
Dan Simons                                                Date


_____          _____
Michael Vucurevich                                        Date


*Defendants on behalf of themselves and FRG*

_____          _____
Shayn Stephens                                        Date


_____          _____
Vanessa Calvilllo                                     Date


_____          _____
Sylvia Krohn                                          Date


_____          _____
Shannon Storey                                        Date


_____          _____
Jeanine Willig                                        Date


_____          _____
Anita Clark                                           Date

_Desmond Pitt_
— 4A04B91FAC5F423...                                   8/15/2018 8:20:46 AM PDT
_____          _____
Desmond Pitt                                          Date


*Named Plaintiffs*


_____          _____
Dan Simons                                            Date


_____          _____
Michael Vucurevich                                    Date


*Defendants on behalf of themselves and FRG*

28

8/21/2018 11:43:00 AM PDT

_____     _____
Shayn Stephens                         Date


_____     _____
Vanessa Calvilllo                      Date


_____     _____
Sylvia Krohn                           Date


_____     _____
Shannon Storey                         Date


_____     _____
Jeanine Willig                         Date


_____     _____
Anita Clark                            Date


_____     _____
Desmond Pitt                           Date


*Named Plaintiffs*


_____     _____
Dan Simons                             Date


_____     _____
Michael Vucurevich                     Date


*Defendants on behalf of themselves and FRG*

_____                    _____
Shayn Stephens                                        Date


_____                    _____
Vanessa Calvilllo                                     Date


_____                    _____
Sylvia Krohn                                          Date

                                                      8/16/2018 8:21:46 AM PDT
_____                    _____
Shannon Storey                                        Date


_____                    _____
Jeanine Willig                                        Date


_____                    _____
Anita Clark                                           Date


_____                    _____
Desmond Pitt                                          Date


*Named Plaintiffs*


_____                    _____
Dan Simons                                            Date


_____                    _____
Michael Vucurevich                                    Date


*Defendants on behalf of themselves and FRG*

_____          _____
Shayn Stephens                                                      Date

_____          _____
Vanessa Calvilllo                                                  Date

_____          _____
Sylvia Krohn                                                         Date

_____          _____
Shannon Storey                                                    Date

                                                                         8/15/2018 8:23:59 AM PDT
_____          _____
Jeanine Willig                                                       Date

_____          _____
Anita Clark                                                          Date

_____          _____
Desmond Pitt                                                        Date

*Named Plaintiffs*

_____          _____
Dan Simons                                                          Date

_____          _____
Michael Vucurevich                                              Date

*Defendants on behalf of themselves and FRG*

Shayn Stephens _____        _____ Date

Vanessa Calvillo _____        _____ Date

Sylvia Krohn _____        _____ Date

Shannon Storey _____        _____ Date

Jeanine Willig _____        _____ Date

Anita Clark _____        _____ Date

Desmond Pitt _____        _____ Date

*Named Plaintiffs*

_____
Dan Simons

August 21, 2018
_____ Date

_____
Michael Vucurevich

21 August 2018
_____ Date

*Defendants on behalf of themselves and FRG*

28

EXHIBIT 1

| # | Last Name | First Name |
|---|---|---|
| 1 | Abdullatif | El Achi |
| 2 | Ables | Ashley |
| 3 | Adams | William |
| 4 | Ahmed | Jamal |
| 5 | Alvarran | Juan |
| 6 | Anderson II | Jonathon |
| 7 | Baum | Taylor |
| 8 | Beldoch | Ariana |
| 9 | Belyanov | Dimitry |
| 10 | Bluestein | Sydney |
| 11 | Bravo | Andrea |
| 12 | Callahan | John |
| 13 | Calvillo | Vanessa |
| 14 | Campos-Furber | Joseph |
| 15 | Chan | Samantha |
| 16 | Chanthaphone-Garcia | Samantha |
| 17 | Clark | Anita |
| 18 | Conry | Korey |
| 19 | Cullen | Samuel |
| 20 | D'Amico | Dominic |
| 21 | Daragan | Alexander |
| 22 | Davis | Peri |
| 23 | Dickerson | Asa |
| 24 | Diem | Brian |
| 25 | Duffin | Daniel |
| 26 | Duffy | Janine |
| 27 | Dunn | Raquel |
| 28 | Duttaroy | Arpan |
| 29 | Earley | Robert |
| 30 | Efros | Gheorghe |
| 31 | Emad | Patrick |
| 32 | Esenther | Jacob |
| 33 | Fofana | Abdul |
| 34 | Friedline | Jennifer |
| 35 | Gill | Sonia |
| 36 | Goldstein | Seth |
| 37 | Gozubuyuk | Eda |
| 38 | Gruntz | Peter |
| 39 | Guerra | Anne |
| 40 | Hall | Austin |
| 41 | Hane | Stacy |
| 42 | Harris | Alisha |
| 43 | Hasdorff (Ferguson) | Christal |
| 44 | Henriquez | Sandra |
| 45 | Hernandez | Henry |
| 46 | Honore | Reginald |
| 47 | Howie | Christopher |
| 48 | Iovino | Alison |
| 49 | Jaigobin | Sonia |
| 50 | Janukajtis | Alexander |
| 51 | Jenkins | Morgan |
| 52 | Johnson | Katina |
| 53 | Johnson | Lili |
| 54 | Jones | Daniel |

EXHIBIT 1

| # | Last Name | First Name |
|---|---|---|
| 55 | Jones | Dorian |
| 56 | Jones | Jessica |
| 57 | Joyner | Marco |
| 58 | Keenan | Devon-Marie |
| 59 | Kershek | Abby |
| 60 | Kimmel | Emily |
| 61 | Krohn | Sylvia |
| 62 | Kulibaba | Olga |
| 63 | Kulickova | Marie |
| 64 | Kutten | Jasmine |
| 65 | Lanier | Tamika |
| 66 | Lowery | Timothy |
| 67 | Lutz | Emmaline |
| 68 | Luu | Quang |
| 69 | Madert | Evan |
| 70 | Madriz | Maria |
| 71 | Malino | Christine |
| 72 | McCarthy-Goldsborough | Tiani |
| 73 | McHugh | Joseph |
| 74 | McIntosh | Kara |
| 75 | Melvin | Shawna |
| 76 | Mills | Olivia |
| 77 | Morgan | Jennifer |
| 78 | Morgan | Rushell |
| 79 | Morrow | Hilary |
| 80 | Mosolino | Lily |
| 81 | Naquin | Joseph |
| 82 | Orbe | Lynna |
| 83 | Pailen | Adrienne |
| 84 | Palermiti | David |
| 85 | Perry | Bri'Yanna |
| 86 | Pineda | Derick |
| 87 | Pines | Henry |
| 88 | Pitt | Desmond |
| 89 | Proctor | Brittany |
| 90 | Quach | Elizabeth |
| 91 | Raff | Caleb |
| 92 | Ramos | Eduardo |
| 93 | Renedo | Florencia |
| 94 | Richardson | Natalie |
| 95 | Rinker | Julia |
| 96 | Roque | Andres |
| 97 | Sadoun | Jacob |
| 98 | Schramm | Elaine |
| 99 | Semple | Zachary |
| 100 | Sevco | Margaret |
| 101 | Shao | Emily |
| 102 | Shao | Jonathon |
| 103 | Smith | Malik |
| 104 | Smith | Ryan |
| 105 | Stephens | Shayn |
| 106 | Stone | Alina |
| 107 | Storey | Shannon |
| 108 | Strauss | Lauren |

| # | Last Name | First Name |
|---|---|---|
| 109 | Studner | Carli |
| 110 | Sutton | Kenneth |
| 111 | Taykowski | Tara |
| 112 | Teachey | Jessica |
| 113 | Urbina | Cristian |
| 114 | Ward | Alexander |
| 115 | Weans | Jacqueline |
| 116 | Wight | Spencer |
| 117 | Williams | Stephanie |
| 118 | Willig | Jeanine |
| 119 | Wright | Fabian |

# EXHIBIT 2

EXHIBIT 2

| # | Last Name | First Name |
|---|---|---|
| 1 | Abraham | Isaac |
| 2 | Adams | Chanel |
| 3 | Ahmed | Farouk |
| 4 | Akpa | Onyinyechukwu |
| 5 | Albarran-Martinez | Eduardo |
| 6 | Alduais | Abdullah |
| 7 | Alexander | Ryan |
| 8 | Alexis | Rachelle |
| 9 | Allaoua | Yacine |
| 10 | Allen | Justine |
| 11 | Almeida | Paul |
| 12 | Altman | Hayli |
| 13 | Alvarez | Emmanual |
| 14 | Amador | Jose |
| 15 | Amaya | Ervin |
| 16 | Anderson | Jessica |
| 17 | Anderson | Lauren |
| 18 | Angelo | Sheila |
| 19 | Ante | Christian |
| 20 | Antic | Alexandria |
| 21 | Antido | Jayson |
| 22 | Anzola | Eva |
| 23 | Arbor | Mary |
| 24 | Archey Jr. | Dennis |
| 25 | Argue | Kevin |
| 26 | Arias-Flores | Jose |
| 27 | Armstead | Latrell |
| 28 | Armstrong | Aaron |
| 29 | Ashton IV | William |
| 30 | Assefa | Martha |
| 31 | Ateaga | Jose |
| 32 | Aung | Ye Mon |
| 33 | Averill | Patricia |
| 34 | Baik | Daniel |
| 35 | Balboa Seas | Grecia |
| 36 | Baldine | Marisa |
| 37 | Ball | Alyssa |
| 38 | Ballard | Terrell |
| 39 | Banaag | Benjamin |
| 40 | Band | Alexandra |
| 41 | Barie | Dan |
| 42 | Barnes | Emily |
| 43 | Barsalou | Carly |
| 44 | Bates | Bryan |
| 45 | Beard | Matthew |
| 46 | Beasley | Decker |

EXHIBIT 2

| # | Last Name | First Name |
|---|---|---|
| 47 | Bechutsky | Ronli |
| 48 | Beckett | Ryan |
| 49 | Bell | Ra'Sonne |
| 50 | Bellus | Heather |
| 51 | Beloff | Michael |
| 52 | Ben Amara | Imen |
| 53 | Bender | Molly |
| 54 | Benhassoun | Adnan |
| 55 | Benitez | Natalie |
| 56 | Benson | Amy |
| 57 | Benya | Andrew |
| 58 | Bercy | Dominique |
| 59 | Bereflod | Annica |
| 60 | Berney | Jennifer |
| 61 | Berry | Wesley |
| 62 | Bertrand | Zoe |
| 63 | Betancourt | Luis |
| 64 | Bigelow | Julia |
| 65 | Bird | Grace |
| 66 | Bishop | Alexandra |
| 67 | Blalock | Bianca |
| 68 | Blanco | Kevin |
| 69 | Bliss | Rebecca |
| 70 | Bochnowski | Alisa |
| 71 | Boelman | Caleb |
| 72 | Boldon | Briana |
| 73 | Boldon | Zachary |
| 74 | Bolivar | Stefany |
| 75 | Borzi | Salvatore |
| 76 | Bowens | Carmen |
| 77 | Boyle | Madison |
| 78 | Bozovic | Andrijana |
| 79 | Bradley | Kierre |
| 80 | Brady | Christina |
| 81 | Brenneman | Shannon |
| 82 | Brinkerhoff | Annette |
| 83 | Bristol | Stephen |
| 84 | Brown | Caroline |
| 85 | Brown | Dominique |
| 86 | Brown | Janic |
| 87 | Brown | Jonathan |
| 88 | Brown | Julianne |
| 89 | Brown | Keenan |
| 90 | Brown | Regina |
| 91 | Bruce | Timothy |
| 92 | Brugal | Sommer |

| # | Last Name | First Name |
|---|---|---|
| 93 | Bucknor | Allyssa |
| 94 | Bukhala | Thandiwe |
| 95 | Burbank | Elle |
| 96 | Burke | Brittany |
| 97 | Butler | Elizabeth |
| 98 | Caffrey | Timothy |
| 99 | Calbart | Kianna |
| 100 | Caldwell | Brian |
| 101 | Camp | Tiffany |
| 102 | Canzoneri | Ana |
| 103 | Capon | Danielle |
| 104 | Cardenas | Josue |
| 105 | Cardon | Juliet |
| 106 | cardoza | carso |
| 107 | Cardozo | Jorge |
| 108 | Carey | Quinton |
| 109 | Carillo | Christopher |
| 110 | Carter | Tyler |
| 111 | Cass | Mary |
| 112 | Castillo | Roxana |
| 113 | Castro | Jose |
| 114 | Cathell | Nicole |
| 115 | Chambers | Meredith |
| 116 | Chavarria | Carmen |
| 117 | Chiao | Kathy |
| 118 | Chisholm | Lauren |
| 119 | Chow | Nancy |
| 120 | Chum | Melissa |
| 121 | Clark | Jeffrey |
| 122 | Clark | Naomi |
| 123 | Clary | Danae |
| 124 | Clemente | Anna |
| 125 | Clements | Jordyn |
| 126 | Cline-Stokes | Jade |
| 127 | Closson | Dea |
| 128 | Coe | Robert |
| 129 | Coggins | Taylor |
| 130 | Colao | Benjamin |
| 131 | Connelly | Kevin |
| 132 | Cooke | Shannon |
| 133 | Copeland | Ashley |
| 134 | Cortes | Irineo |
| 135 | Cosman | Caitlin |
| 136 | Costanzo | Elle |
| 137 | Cote | Camille |
| 138 | Cottrell | Deric |

| # | Last Name | First Name |
|---|---|---|
| 139 | Couser | Samuel |
| 140 | Covington | Michael |
| 141 | Cowan | Cory |
| 142 | Cox | Rachael |
| 143 | Coye | Joseph |
| 144 | Crawford | Michael |
| 145 | Creasman | Caleb |
| 146 | Crevecoeur | Nadia |
| 147 | Crook | Timothy |
| 148 | Crudup | Donnise |
| 149 | Cruz Jr. | Nelson |
| 150 | Cruz | Saul |
| 151 | Cummins | Ryan |
| 152 | Curtis | Talon |
| 153 | cutescu | romina |
| 154 | Czintos | Christine |
| 155 | D'Amico | Nathaniel |
| 156 | Davenport | Denisha |
| 157 | Davis Macias | Rebecca |
| 158 | Davis | Alexander |
| 159 | Davis | Angela |
| 160 | De Jesus | Justin |
| 161 | de Rosa | Felix |
| 162 | Deffinbaugh` | Cory |
| 163 | DeLand | Jason |
| 164 | Delmoral | Nia |
| 165 | Demiss | Ezra |
| 166 | Denino | Christopher |
| 167 | Dennis | Carmen |
| 168 | Dentinger | Kelsey |
| 169 | Des Roche | Logan |
| 170 | Desta | Yonatan |
| 171 | Di Ruggiero | Christopher |
| 172 | DiAsio | Jeremy |
| 173 | Diaz Lopez | Pablo |
| 174 | DIAZ RUIZ | JONNATHAN |
| 175 | DIAZ | JONNATHAN |
| 176 | Diaz | Nelson |
| 177 | Diaz-Delgado | Christian |
| 178 | Dieter | Natalie |
| 179 | Dolan | Andrea |
| 180 | Doncel | Jorge |
| 181 | Donovan | Kiersten |
| 182 | Dooley | Emily |
| 183 | Dourrachad | Driss |
| 184 | Dowe | Jack |

| # | Last Name | First Name |
|---|---|---|
| 185 | Downing | Kevrika |
| 186 | Drab | Ryan |
| 187 | Duk | Valentina |
| 188 | Dunn | Leah |
| 189 | Duszak | Joseph |
| 190 | Dwares | Ethan |
| 191 | Dzhundzhurova | Nevena |
| 192 | Eaglin | Lark |
| 193 | Early | Mackenzie |
| 194 | Echeverry | Vanessa |
| 195 | Eisenberg | Seth |
| 196 | El-Baba | Camille |
| 197 | Eldridge | Matthew |
| 198 | Ellison | Shakara |
| 199 | Elo | Ai |
| 200 | Enebish | Munkhsaruul |
| 201 | England | Bryan |
| 202 | England | Cobey |
| 203 | Enkhtur | Saranzaya |
| 204 | Erkan | Leyla |
| 205 | Escobar | Ashley |
| 206 | Escobar | Juan |
| 207 | Esparza de Leon | Maricruz |
| 208 | Espinosa | Estelita |
| 209 | Eterno | Alexandra |
| 210 | Eury | Taylor |
| 211 | Evans | Adia |
| 212 | Evans | Gwendolyn |
| 213 | Fajuyigbe | Annah |
| 214 | Farkas | Kristin |
| 215 | Farnan | Amanda |
| 216 | Felleke | Mariam |
| 217 | Fellers | Ethan |
| 218 | Ferreira | Calla |
| 219 | Fish | Garrett |
| 220 | Fishbein | Jennifer |
| 221 | Fisher | Laura |
| 222 | Fleming II | Gregory |
| 223 | Flenniken | Lauren |
| 224 | Flores | Pablo |
| 225 | Fordham | Kelly |
| 226 | Foreman | Asia |
| 227 | Forrest | Caitlin |
| 228 | forrest | raven |
| 229 | Fowler | Marcus |
| 230 | Fradin | Colette |

| # | Last Name | First Name |
|---|---|---|
| 231 | Francavilla | Alexandra |
| 232 | France | Justina |
| 233 | Franco | Jorge |
| 234 | Franich | Benjamin |
| 235 | Friedrichs | Liam |
| 236 | Fulmore | Tyrice |
| 237 | Furr | Rebekah |
| 238 | Fusco | Erika |
| 239 | Gabor | Katherine |
| 240 | Gaddis | Bethany |
| 241 | Galatis | Nicholas |
| 242 | Gan | Cindy |
| 243 | Garcia Conover | Kiah |
| 244 | Gardiner | Ayana |
| 245 | Garret | Steve |
| 246 | Garrison | Adam |
| 247 | Garwood | Evan |
| 248 | Gauchan | Rie |
| 249 | Gazaryan | Diana |
| 250 | Gdaiem | Oussama |
| 251 | George | Morgan |
| 252 | Ghaffari | Shayan |
| 253 | Ghebretinsae | Beilul |
| 254 | Gibson | Alexander |
| 255 | Glakas | Vincent |
| 256 | Glass | Adam |
| 257 | Glick | Nicole |
| 258 | Gobencion | Kurtis |
| 259 | Gobran | Alex |
| 260 | Godunova | Victoria |
| 261 | Goins | Dorian |
| 262 | Golden | Maggie |
| 263 | Goldstein | Thea |
| 264 | Gonzalez Guzman | Fatima |
| 265 | Gonzalez | Adrian |
| 266 | Gooden | Samaiyah |
| 267 | Goodwin | Liam |
| 268 | Goral | Kimberly |
| 269 | Gordon | Sara |
| 270 | Gormley Jr. | Francis |
| 271 | Gormley | James |
| 272 | Gorsky | Daniel |
| 273 | Gost | Alexander |
| 274 | Grace | Artie |
| 275 | Graham | Jasmine |
| 276 | Green | Sophia |

| # | Last Name | First Name |
|---|---|---|
| 277 | Greer | Katie |
| 278 | Greijn-Lautier | Catherine |
| 279 | Grier | Loren |
| 280 | Gross de Jimenez | Haley |
| 281 | Guardado | Maria |
| 282 | guardado | Pedro |
| 283 | Guerra Casco | Wilfredo |
| 284 | Guevara | Anais |
| 285 | Guillen | Carlos |
| 286 | Gurung | Bishan |
| 287 | Gusman | Lee |
| 288 | Gutierrez | Kathleen |
| 289 | Gutin | Ori |
| 290 | Guzman | Melissa |
| 291 | Gyllenhaal | Samuel |
| 292 | Gyongyosi | Nicholas |
| 293 | Hadlock | John |
| 294 | Hagerhorst | William |
| 295 | Hahm | Sidney |
| 296 | Haigler | Marcus |
| 297 | Haile | Rebekkah |
| 298 | Hairston | Taylor |
| 299 | Hall | Alexis |
| 300 | Hall | Justice |
| 301 | Hamilton | Bianca |
| 302 | Hamilton | Iman |
| 303 | Hanson | Meghan |
| 304 | Harrell | Macey |
| 305 | Harris | Erika |
| 306 | Harrison | Olivia |
| 307 | Hart | Abraham |
| 308 | Hart | Veronica |
| 309 | Hayes | August |
| 310 | Haynes | Geoffrey |
| 311 | Heaney | Joanna |
| 312 | Henderson | Autumn |
| 313 | Hendrickson | Celeste |
| 314 | Hernandez | Eddin |
| 315 | Herrera | Carolina |
| 316 | Herrmann | Riley |
| 317 | Hilliker | Kadee |
| 318 | Hinlicky | Cassandra |
| 319 | Hinote | Evelyn |
| 320 | Hintz | Kenda |
| 321 | Holder | Janei |
| 322 | Holiday Jr. | Michael |

EXHIBIT 2

| # | Last Name | First Name |
|---|-----------|------------|
| 323 | Holleran | Stephanie |
| 324 | Holmes | Erin |
| 325 | Hong | Edwin |
| 326 | Honig | Faye |
| 327 | Horn | Erin |
| 328 | Horn | Molly |
| 329 | Hough | Alice |
| 330 | Howell | Richard |
| 331 | Hunt | Kolin |
| 332 | Hurst | Jessica |
| 333 | HUTTON III | William |
| 334 | Iannucci | Emily |
| 335 | In | Rony |
| 336 | Ingram | Tiffany |
| 337 | Innis | Robert |
| 338 | Isaac | Storm |
| 339 | Ishola | Tolani |
| 340 | Izquierdo | Jorge |
| 341 | Jacobs | Meredith |
| 342 | Jalloh | Sulaiman |
| 343 | James | Amiri |
| 344 | James | Jennifer |
| 345 | James | Samantha |
| 346 | Janha | Sainabou |
| 347 | Jarvis | Justin |
| 348 | Jensen | Tyler |
| 349 | Jhelyazkova | Galina |
| 350 | Jimenez | Oscar |
| 351 | Joachin | Kevin |
| 352 | Johnson | Kayla |
| 353 | Johnson | Kendall |
| 354 | Johnson | Martha |
| 355 | jones Jr. | Gary |
| 356 | Jones | Capreisha |
| 357 | Jones | Steven |
| 358 | Jordan | Allard |
| 359 | Jordan | Rebecca |
| 360 | Joshua | Anthony |
| 361 | Kamara | Zainabu |
| 362 | Kaminski | Cameron |
| 363 | Kammann | Kaitlin |
| 364 | Kaoutari | Yousri |
| 365 | Karlock | John |
| 366 | Kaseman | Laura |
| 367 | Kashyap | Neena |
| 368 | Kasnak | Emily |

| #   | Last Name       | First Name |
|-----|-----------------|------------|
| 369 | Katzbach        | Jack       |
| 370 | Keating         | Elizabeth  |
| 371 | Kellam          | Nakia      |
| 372 | Kelley          | Justin     |
| 373 | Kempin          | Jerdan     |
| 374 | Kennedy         | Caitlin    |
| 375 | Kennedy         | Monique    |
| 376 | Kent            | Rachel     |
| 377 | Kim             | Fabiola    |
| 378 | Kim             | Hyo        |
| 379 | Kimberly Jr.    | Michael    |
| 380 | King            | Renique    |
| 381 | King            | Sarah      |
| 382 | King            | Shaleah    |
| 383 | Kirk            | Nora       |
| 384 | Kiros           | Daniel     |
| 385 | Kline           | Bradley    |
| 386 | Klipa           | Stefana    |
| 387 | Klotzman        | Gabrielle  |
| 388 | Knight          | Michael    |
| 389 | Knox            | Alexandria |
| 390 | Koepke          | Melinda    |
| 391 | Kondrosky       | Lillian    |
| 392 | Koumba Moudoki  | Randy      |
| 393 | Kouroupis       | Nicole     |
| 394 | Kram Mendelson  | Nicholas   |
| 395 | Kranjec         | Jennifer   |
| 396 | Kresse          | Margo      |
| 397 | Krohmer         | Lauren     |
| 398 | Kujovic         | Dorde      |
| 399 | Kulo            | Philip     |
| 400 | Kuri            | Nikolas    |
| 401 | Kwenah          | Julian     |
| 402 | Kyber           | Caitlin    |
| 403 | Kyber           | Kevin      |
| 404 | Kyber           | Thomas     |
| 405 | Lamb            | Ray        |
| 406 | Lammons         | Michael    |
| 407 | Lapres          | Katherine  |
| 408 | Larson          | Martin     |
| 409 | Lavender        | Dustin     |
| 410 | Laville         | Deanne     |
| 411 | Laville         | Francillia |
| 412 | Lawler          | Danielle   |
| 413 | Le Doux         | Shannon    |
| 414 | Leach           | Brittany   |

| # | Last Name | First Name |
|---|---|---|
| 415 | LeBlanc | Alexandra |
| 416 | LeBon | Issy |
| 417 | Lee | Christine |
| 418 | Lee | Paul |
| 419 | Leguro | Rizza |
| 420 | Leifer | Robert |
| 421 | Leonard | Andrew |
| 422 | Lester | Christy |
| 423 | Letsch | Christine |
| 424 | Lewis | LaGina |
| 425 | LEWIS | Nichole |
| 426 | Liller | Salina |
| 427 | Lim | Megan |
| 428 | Lin | Juan |
| 429 | Linville | Thomas |
| 430 | Liu | Brandon |
| 431 | Lizarazu | Diego |
| 432 | Loeb | Hannah |
| 433 | Lombard | Kelsey |
| 434 | Longey | Nicole |
| 435 | Lopez | Cristina |
| 436 | Lopez | Elliot |
| 437 | Lorentzen | Sarah |
| 438 | Louis Jr. | Jean |
| 439 | Louis | Alysha |
| 440 | Loving | Genevieve |
| 441 | Lowe | Ashley |
| 442 | Lowe | Carter |
| 443 | Lubniewski | Jake |
| 444 | Lunde | Claire |
| 445 | Lurye | Benjamin |
| 446 | Lusby | Kyle |
| 447 | Luttenberger | Rosemarie |
| 448 | Lyles | Tanisha |
| 449 | Lyon | Theresa |
| 450 | Lyon | Virginia |
| 451 | Lysek Jr. | Paul |
| 452 | Ma | Eric |
| 453 | Madden | Timothy |
| 454 | Mahone | Alaina |
| 455 | Mahoney | Lindsay |
| 456 | Maize | Niema |
| 457 | Makawa | Elizabeth |
| 458 | Maliarevska | Daryna |
| 459 | Mancosky | Tesia |
| 460 | Manning | Hannah |

| # | Last Name | First Name |
|---|-----------|------------|
| 461 | Marcus | Gabriel |
| 462 | Margulies | Andrew |
| 463 | Marsh | Anne |
| 464 | Marszal | Joanna |
| 465 | Marten | Amanda |
| 466 | Martenies | Sheena |
| 467 | Martin | Ashley |
| 468 | Martin | Shelby |
| 469 | Martinez | Maritza |
| 470 | Martinez | Melissa |
| 471 | Matais | George |
| 472 | Mathews | Ava |
| 473 | Mattil | Conor |
| 474 | Mayberry | Ayana |
| 475 | Mayes | Morgan |
| 476 | McAdoo | Melanie |
| 477 | McCarthy | Marykate |
| 478 | McCathern | Brandon |
| 479 | McClimans | Gina |
| 480 | McClure | Courtney |
| 481 | McCool | Marion |
| 482 | McCoy | Colin |
| 483 | McCracken | Katherine |
| 484 | McCullor | DeMarcus |
| 485 | McGinness | Mary |
| 486 | McGreal | Michael |
| 487 | McIlhon | Grace |
| 488 | McIlhon | Grace |
| 489 | McIlwee Jr. | Scott |
| 490 | McIntosh | Mark |
| 491 | McKee | Morgan |
| 492 | McKeen | Jessica |
| 493 | McMillan | Maynard |
| 494 | McMurray | Conrad |
| 495 | McNeil | Anne |
| 496 | McRae | Dinora |
| 497 | Mdibeh | Wail |
| 498 | Meaza | Solianna |
| 499 | Medin | Caroline |
| 500 | Medley | Jeffrey |
| 501 | Meijer | Marc |
| 502 | Mejia | Diego |
| 503 | Melendez | Kevin |
| 504 | Melgar | Oscar |
| 505 | Meltzer | Rebecca |
| 506 | Mena Sr. | Gustavo |

EXHIBIT 2

| # | Last Name | First Name |
|---|---|---|
| 507 | Menelik | Blaine |
| 508 | Menge | Emily |
| 509 | Mensales | Austin |
| 510 | Meredith | Lewis |
| 511 | Mero-Franco | Jean |
| 512 | Merritt | Kathryn |
| 513 | Messersmith | Cole |
| 514 | Mielke | Zachary |
| 515 | Mikan | Joseph |
| 516 | Milan | Brighid |
| 517 | Milburn | Chelsea |
| 518 | Milenkowic | Marko |
| 519 | Miller | Alexandra |
| 520 | Miller | Elizabeth |
| 521 | Miller | Jacob |
| 522 | Miller | John |
| 523 | Miller | Rachael |
| 524 | Milligan | Kevin |
| 525 | Mingo-Smith | Alexia |
| 526 | Mirviss | Andrea |
| 527 | Mitchell | Ryan |
| 528 | Mitchell | Sequoia |
| 529 | Mityukevich | Anna |
| 530 | Mohamed | Abdelhamid |
| 531 | Moholt | Hannah |
| 532 | Moholt | Lisa |
| 533 | Molina | Adrianne |
| 534 | Molina | Rene |
| 535 | Molina | Roger |
| 536 | Mongellow | David |
| 537 | Monzon | Oscar |
| 538 | Moore | Alexander |
| 539 | Moore | Diana |
| 540 | Morabito | Cameron |
| 541 | Moreno | Andres |
| 542 | Morris | Shawn |
| 543 | Morrison | Shauna |
| 544 | Morrissey | Abigail |
| 545 | Moses | Hazel |
| 546 | moses | joy |
| 547 | Mourich | Brandon |
| 548 | Muganda | Natalie |
| 549 | Muhiu | Jeremy |
| 550 | Munsey | Aubrie |
| 551 | Murphy | Patrick |
| 552 | Murray | Tom |

EXHIBIT 2

| # | Last Name | First Name |
|---|---|---|
| 553 | Musello-Kelliher | Rita |
| 554 | Na | Sung |
| 555 | Naumchik | Brianna |
| 556 | Neach | Ryan |
| 557 | Nekrich | Andrew |
| 558 | Nelson | Gregory |
| 559 | Nelson | Sargent |
| 560 | Nettle | Monica |
| 561 | Newton | Tom |
| 562 | Nguyen | Kenneth |
| 563 | Nguyen | Tien |
| 564 | Niangane | Tyasia |
| 565 | Nicolescu | Philip |
| 566 | Nielsen | Jessica |
| 567 | Nitzsche | Joseph |
| 568 | Norfolk | Christopher |
| 569 | Nucci | Vincenzo |
| 570 | Nugent | Patrick |
| 571 | Nusraty | Sameer |
| 572 | O'Briant | Colleen |
| 573 | O'Connell | Kelly |
| 574 | Ogren | Kelsey |
| 575 | Ogunlola | Babatunde |
| 576 | Oka II | Sadao |
| 577 | Okpeku | Anthony |
| 578 | Olivares | Edward |
| 579 | Olson | Gregory |
| 580 | Olvera | Edward |
| 581 | Ondrusek | Michael |
| 582 | Ong | Nicholas |
| 583 | Oppenheim | Jared |
| 584 | Orbe Jr. | Carlos |
| 585 | O'Roark | William |
| 586 | Ortiz | Stephen |
| 587 | Osseyi | Pamela |
| 588 | Oudat | Lana |
| 589 | Oudat | Yara |
| 590 | Owens | Alison |
| 591 | Padilla | Amanda |
| 592 | Palacios Jimenez | Mauro |
| 593 | Pancotti | Elizabeth |
| 594 | Pappas | William |
| 595 | Park | Yiyun |
| 596 | Parks | Sean |
| 597 | Parrela Castro | Sofia |
| 598 | Parrot | Jessica |

| # | Last Name | First Name |
|---|-----------|------------|
| 599 | Pascual | Camila |
| 600 | Patton-Molitors | Rachel |
| 601 | Pearson | Alara |
| 602 | Pellerin | Mikayla |
| 603 | Peltier | Julia |
| 604 | Pena Herrera | Aldo |
| 605 | Pena | Jose |
| 606 | Penn | Erynn |
| 607 | Perez | Christopher |
| 608 | Perez | Cynthia |
| 609 | Peterson | Christopher |
| 610 | Peterson | Elizabeth |
| 611 | Philippe | Cynthia |
| 612 | Phillips | Robert |
| 613 | Phuse | Joshua |
| 614 | Picker | Heidi |
| 615 | Pilligua | Luis |
| 616 | Platt | Ekundayo M A. |
| 617 | Polites | Helena |
| 618 | Polokoff | Mia |
| 619 | Pope | Kata |
| 620 | Porter | Jon |
| 621 | Potter | Allison |
| 622 | Powell | Olivia |
| 623 | Powers | Phill |
| 624 | Puccio | Christian |
| 625 | Pugh | Elijah |
| 626 | Pullin | Joshua |
| 627 | Purser | Aemon |
| 628 | Quinn | Margot |
| 629 | Rafeedie | Sean |
| 630 | Raffa | Chandler |
| 631 | Ramirez | Samuel |
| 632 | Ramos | Brian |
| 633 | Ramsey Jr. | Joseph |
| 634 | Randall | Sara |
| 635 | Rayl | Sarah |
| 636 | Rebelo | James |
| 637 | Reed | Michael |
| 638 | Reese | Ryan |
| 639 | Register | Brittany |
| 640 | Rehkamp | Christopher |
| 641 | Reiff | Elizabeth |
| 642 | Reno | Daniel |
| 643 | Rezghi | Alireza |
| 644 | Rhoad | Kathryn |

| # | Last Name | First Name |
|---|---|---|
| 645 | Ricagno | Andrew |
| 646 | Richardson | Phoebe |
| 647 | Riley | Brittany |
| 648 | Ringo | Elaina |
| 649 | Rinker | Tyler |
| 650 | Rivas | Kristen |
| 651 | Rivera | Mirian |
| 652 | Robbins | Eli |
| 653 | Robinson | Kapri |
| 654 | Robles | Helen |
| 655 | Rodgers | Andrew |
| 656 | Rodriguez | Ernesto |
| 657 | Rodriguez | Thomas |
| 658 | Rodriguez | Veronica |
| 659 | Rogers | Chandra |
| 660 | Rogers | Hayley |
| 661 | Rogers | Jai |
| 662 | Romano | Italo |
| 663 | Rooney | Kathleen |
| 664 | Rooney | KellyAnn |
| 665 | Rosenberg | Lawrence |
| 666 | Rossman | Jenna |
| 667 | Roy | Ashley |
| 668 | Ruete Jr. | Scott |
| 669 | Ruffin | Charles |
| 670 | Rulon-Miller | Peter |
| 671 | Ryder | Acadia |
| 672 | Sage Robinson | Daniella |
| 673 | Salamon | Corey |
| 674 | Salmon | Jillian |
| 675 | Sampson | Wesley |
| 676 | Sanders | Raquel |
| 677 | Sang | Christopher |
| 678 | Sapiro | Naomi |
| 679 | Sarcevic-Tesanovic | Rachel |
| 680 | Sardo | Myron |
| 681 | Sarlay | Ethan |
| 682 | Sassaman | Ashlyn |
| 683 | Saunders | Dylan |
| 684 | Savage | Daniel |
| 685 | Savain | Naike |
| 686 | Sawangkawat | Kanoknipa |
| 687 | Sayad | Mohammed |
| 688 | Sayas | Makan |
| 689 | Schaller | Nicole |
| 690 | Schlenker | Yazar |

| #   | Last Name       | First Name  |
|-----|-----------------|-------------|
| 691 | Schlissel       | Madeline    |
| 692 | Schoeb          | Nathaniel   |
| 693 | Schoettle       | Laura       |
| 694 | Schumacher      | Kerry       |
| 695 | Schwartz        | Rachel      |
| 696 | Schwarzschild   | Eli         |
| 697 | Scott           | Princess    |
| 698 | Seaman          | Daniel      |
| 699 | Seche           | Michael     |
| 700 | Seliverstov     | Denis       |
| 701 | Sellman         | Creyonna    |
| 702 | Senft           | Kathleen    |
| 703 | Sergi           | Nicholas    |
| 704 | Sharnik         | Chelsea     |
| 705 | Sheahan         | Michelle    |
| 706 | Sheridan        | Samantha    |
| 707 | Shingler        | Victoria    |
| 708 | Shoemaker       | Harvery     |
| 709 | Shorten         | Stephanie   |
| 710 | Shuff III       | Landon      |
| 711 | Sidbury         | Sean        |
| 712 | Silverberg      | Stephanie   |
| 713 | Sims            | Shanice     |
| 714 | Singh           | Dhananjay   |
| 715 | Sizer           | William     |
| 716 | Small           | Alexis      |
| 717 | Smart           | Chelsea     |
| 718 | Smink           | Timothy     |
| 719 | Smit            | Madeline    |
| 720 | Smith           | DeJuan      |
| 721 | Smith           | Emoni       |
| 722 | Smith           | Gregory     |
| 723 | Smith           | Ramzey      |
| 724 | Smith           | Ryan        |
| 725 | Smithsund       | Brady       |
| 726 | Snead           | Sarah       |
| 727 | Snyder          | Kevin       |
| 728 | Solano          | Diana       |
| 729 | Solomon         | Alexandra   |
| 730 | Soltani         | Camron      |
| 731 | Soriano         | Ana         |
| 732 | Sorini          | Rylinn      |
| 733 | Sowers          | Caitlin     |
| 734 | Spicer          | Alessandra  |
| 735 | Stanberry-Daaka | Jahi        |
| 736 | Stanley         | Mark        |

| # | Last Name | First Name |
|---|-----------|------------|
| 737 | Stave | Bethany |
| 738 | Steele | Lindsay |
| 739 | Stemerman | Taylor |
| 740 | Stephan | Justin |
| 741 | Stephens | John |
| 742 | Stern | Samuel |
| 743 | Stewart | Mark |
| 744 | Stine | Rebekah |
| 745 | Stolier | Andre |
| 746 | Stream-Gonzalez | Grant |
| 747 | Stull | Caitlin |
| 748 | Stuven | Constance |
| 749 | Sultan | Thanwa |
| 750 | Supremedo | John |
| 751 | Sutherland | Sarah |
| 752 | Swain | Torrence |
| 753 | Swe | Alexandra |
| 754 | Swenson-Noyes | Jordan |
| 755 | Swim | Brian |
| 756 | Syzdek | John |
| 757 | Szymanski | Katelyn |
| 758 | Tanake | Alicia |
| 759 | Tarawally | Sheku |
| 760 | Tate | Bryan |
| 761 | Tate | Jason |
| 762 | Tawes | Zakery |
| 763 | Teaver | Andrew |
| 764 | Temoche | Christopher |
| 765 | Teves | Romeo Josef |
| 766 | Thaler | Daniel |
| 767 | Thibault | Maria |
| 768 | Thindwa | Sharon |
| 769 | Thomas | Kara |
| 770 | Thomas | Stephanie |
| 771 | Thompson | Beth |
| 772 | Thompson | Blair |
| 773 | Thompson | Cairo |
| 774 | Thompson | Westley |
| 775 | Thornton | Eric |
| 776 | Tibebe | Samson |
| 777 | Timmerman | Colton |
| 778 | Tobler | Simon |
| 779 | Torres | Cointa |
| 780 | Torrico Melgar | Fabian |
| 781 | Trotman | Laurin |
| 782 | Trotter | Brittany |

EXHIBIT 2

| # | Last Name | First Name |
|---|-----------|------------|
| 783 | Truscott | Julian |
| 784 | Tsiliggiris | Sandy |
| 785 | Tsoneva | Ivelina |
| 786 | Turner | Dominic |
| 787 | Turner | Jessica |
| 788 | Turnwall | Bethany |
| 789 | Umana | Kelly |
| 790 | Valenzuela | Madeline |
| 791 | Vaquiz | Jaime |
| 792 | Vasquez | Wendy |
| 793 | Velandia | Jose |
| 794 | Vernet | Sergius |
| 795 | Vinick | Patrick |
| 796 | Vistica | Grace |
| 797 | Vistica | Rachel |
| 798 | Wade | Patricia |
| 799 | Walker | Samantha |
| 800 | Wall | Kyle |
| 801 | Wallach | Zachary |
| 802 | Wanex | Miranda |
| 803 | Warehime | Alexander |
| 804 | Warfield | Rebecca |
| 805 | Washington | Christopher |
| 806 | Washington | Cierra |
| 807 | WASHINGTON | JASMINE |
| 808 | Watkins | Marc |
| 809 | Watkins | Raianne |
| 810 | Waufle | Allyson |
| 811 | Weathers | Ellen |
| 812 | Weeks | Tyler |
| 813 | Weimar III | William |
| 814 | Welch | Aidan |
| 815 | Welch | Christopher |
| 816 | Wess | Dean |
| 817 | West | Julia |
| 818 | Wetterauer | Michael |
| 819 | Wharton | Brittany |
| 820 | Whatley | Richard |
| 821 | Whelan | Kieran |
| 822 | Whitaker | John |
| 823 | Whitman | Calvin |
| 824 | Wichitphant | Matthew |
| 825 | Wides | William |
| 826 | Wiese | David |
| 827 | Wiggan | Morgan |
| 828 | Wilkerson | Shirin |

EXHIBIT 2

| # | Last Name | First Name |
|---|---|---|
| 829 | Wilkins | Elizabeth |
| 830 | Williams | Joshua |
| 831 | Williams | Kelly |
| 832 | Williams | Kelvin |
| 833 | Williams | Lottie |
| 834 | Williams | Melajero |
| 835 | Williams | Mica |
| 836 | Williams | Rhondye |
| 837 | Williams | Stephanie |
| 838 | Williams | Tiffany |
| 839 | Wilson | Kerri |
| 840 | Wilson | Taanya |
| 841 | Wimbush | Jenae' |
| 842 | Winters | London |
| 843 | Wirth | Angela |
| 844 | Witt | Caden |
| 845 | Wolinski | Elizabeth |
| 846 | Woods | Kyle |
| 847 | Woods | Madeleine |
| 848 | Wooten | Jason |
| 849 | Wujcik | Laura |
| 850 | Wynter-Morgan | Tash |
| 851 | Yarber | Christopher |
| 852 | Yates | Bernadette |
| 853 | Yoo | Kathy |
| 854 | Young | Lydia |
| 855 | Young | St Clair |
| 856 | Yutzy | John |
| 857 | Zagre | Yolande |
| 858 | Zandberg | Maia |
| 859 | Zapata Garro | Teodoro |
| 860 | Zelikovsky | Andrian |
| 861 | Zepelin | Spencer |
| 862 | Zerpa Bernal | Pausides |

# EXHIBIT 3

Exhibit 3

Joint Statement Regarding Settlement

The parties met on several occasions to discuss their differences regarding the claims in this

wage and hour case.  Plaintiffs commend Farmers Restaurant Group for wanting to resolve this

litigation early and on fair terms to their hard working employees. While the parties disagree on

the law and the facts giving rise to the Plaintiffs' claims, they agree that it is in all parties'

interests to move beyond this dispute.  Plaintiffs  believe that by entering into this compromise

settlement before a judge or a jury has ruled on liability, Farmers Restaurant Group has

demonstrated that it holds its employees in high regard and that the settlement is reflective of its

interest in treating its employees right even when the issues are disputed.