**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAYN STEPHENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:17-cv-01087-TJK |
| ) | |
| FARMERS RESTAURANT ) | **JURY TRIAL DEMANDED** |
| GROUP, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR FINAL APPROVAL OF A SETTLEMENT AGREEMENT**

For the reasons set forth in the accompanying Memorandum of Law and the Plaintiffs'
contemporaneously filed Unopposed Motion in Support of an Award of Fees and Reimbursement
of Litigation Expenses, the parties respectfully request that this Court enter an Order:

(1)    Granting final approval of the settlement reached by the parties in this action as
embodied in their Settlement Agreement (Dkt. 56-2) as fair, reasonable, and adequate;

(2)    Approving the service payments to participating plaintiffs as set forth in the
Settlement Agreement (Dkt. 56-2, ¶¶ 10.5);

(3)    Approving an award of attorneys' fees in the amount of $397,000.00, inclusive of
expenses equaling $8,516.00, as set forth in the Settlement Agreement (Dkt. 56-2, ¶ 8.3) and as
supported by Plaintiffs' Unopposed Motion in Support of an Award of Fees and Reimbursement
of Litigation Expenses;

(4)    Approving payment of settlement administration costs to the Settlement
Administrator in the amount up to $35,000.00;

(5)    Entering judgment dismissing this action with prejudice in accordance with the
Settlement Agreement (Dkt 56-2, ¶ 16); and

(6)    Retaining jurisdiction over the interpretation and implementation of the Settlement

Agreement, as well as any and all matters arising out of, or related to, the interpretation or

implementation of the Settlement Agreement in accordance with the Settlement Agreement (Dkt.

56-2, ¶ 8.2).

Dated: May 17, 2019                                         Respectfully submitted,

                                                            /s/ *Molly A. Elkin*
                                                            Gregory K. McGillivary
                                                            Molly Elkin
                                                            T. Reid Coploff
                                                            Sarah M. Block
                                                            McGILLIVARY STEELE ELKIN LLP
                                                            1101 Vermont Ave., N.W.
                                                            Suite 1000
                                                            Washington, DC 20005
                                                            Phone: (202) 833-8855
                                                            Facsimile: (202) 452-1090
                                                            gkm@mselaborlaw.com
                                                            mae@mselaborlaw.com
                                                            trc@mselaborlaw.com
                                                            smb@mselaborlaw.com

                                                            *Counsel for Plaintiffs*

                                                            /s/ *Meredith S. Campbell*
                                                            Meredith S. Campbell
                                                            Joy C. Einstein
                                                            SHULMAN, ROGERS, GANDAL,
                                                            PORDY & ECKER, P.A.
                                                            12505 Park Potomac Avenue, 6th Floor
                                                            Potomac, Maryland 20854
                                                            Phone: (301) 945-9250
                                                            Facsimile: (301) 230-2891
                                                            mcampbell@shulmanrogers.com
                                                            jeinstein@shulmanrogers.com

                                                            *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 17, 2019, a copy of the foregoing document

was served on the following individuals by filing the document on the Court's CM/ECF system:

Meredith S. Campbell
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Ave., Sixth Floor
Potomac, MD 20854
Phone: (301) 255-0550
mcampbell@shulmanrogers.com

Joy C. Einstein
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Ave., Sixth Floor
Potomac, MD 20854
Phone: (301) 945-9250
jeinstein@shulmanrogers.com

　　　　　　　　　　　　　　/s/ *Molly A. Elkin*
　　　　　　　　　　　　　Molly A. Elkin

3