## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAYN STEPHENS *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>FARMERS RESTAURANT GROUP *et al.*,<br><br>   *Defendants*. | Civil Action No. 17-1087 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the parties' Joint Motion for Final Approval of a Settlement Agreement, ECF No. 62, and Plaintiffs' Unopposed Motion for Approval of Attorney's Fees and Expenses, ECF No. 64, are **GRANTED**. It is further **ORDERED** that:

1. The proposed Maryland and District of Columbia classes are certified under Federal Rule of Civil Procedure 23 for settlement purposes only;

2. The proposed Settlement Agreement, ECF No. 56-2, is approved; and

3. An award of attorney's fees and costs in the amount of $397,000, as set forth in the Settlement Agreement, is approved;

It is further **ORDERED** that this action is **DISMISSED** with prejudice in accordance with the settlement agreement. The Clerk of Court is directed to close the case.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 20, 2019